

No. 17–0390/AR. U.S. v. Randal C. Rucker. CCA 20140845. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 25, 2017.

Tuesday, May 9, 2017

Petitions for Grant of Review Filed

No. 17–0392/AF. U.S. v. Robert A. Condon. CCA 38765.

No. 17–0393/AF. U.S. v. Collin M. Lee. CCA 38888.

No. 17–0394/AF. U.S. v. Travone J. Alford. CCA 38992.

No. 17–0395/AR. U.S. v. Noel G. Aguiar–Perez. CCA 20140715.

Petitions for Grant of Review—Summary Dispositions

No. 17–0192/AR. U.S. v. Jermaine C. Sampson. CCA 20140841.

No. 17–0210/AR. U.S. v. Randon P. Mazzie, Jr. CCA 20140923.

No. 17–0216/AR. U.S. v. Luis A. Torres–Garza. CCA 20160142.

No. 17–0228/AR. U.S. v. Jeffrey T. Murdorf II. CCA 20150038.

No. 17–0242/AR. U.S. v. Nicholas J. Majetich. CCA 20150085.

No. 17–0247/AR. U.S. v. Deandre J. George. CCA 20150793.

No. 17–0260/AR. U.S. v. Marques D. Entzminger. CCA 20150672.

No. 17–0262/AR. U.S. v. Charles Maston. CCA 20140537.

No. 17–0266/AR. U.S. v. Jesse E. Bullock, Jr. CCA 20160347.

No. 17–0267/AR. U.S. v. LaDonte A. Smith. CCA 20160480.

No. 17–0269/AR. U.S. v. Michael J. Slater. CCA 20150494.

No. 17–0270/AR. U.S. v. Loren R. Berg. CCA 20150548.

No. 17–0271/AR. U.S. v. Brandon C. Patterson. CCA 20150325.

No. 17–0274/AR. U.S. v. Victor D. Wilson. CCA 20140220.

No. 17–0275/AR. U.S. v. Gavin C. Hirsch. CCA 20160416.

No. 17–0276/AR. U.S. v. Dennis Bailon. CCA 20160240.

No. 17–0281/AR. U.S. v. Kaitlin Shave. CCA 20160048.

No. 17–0288/AR. U.S. v. Stephon D. Threat. CCA 20160593.

No. 17–0293/AR. U.S. v. Edgar Huertalopez. CCA 20150059.

No. 17–0294/AR. U.S. v. James R. Reed. CCA 20150284.

No. 17–0303/AR. U.S. v. Jeffrey I. Averett, Jr. CCA 20160669.

No. 17–0340/AR. U.S. v. Khristian Mairena. CCA 20160327.

No. 17–0345/AR. U.S. v. Rinard A. Orage. CCA 20150682.

No. 17–0348/AR. U.S. v. Keimara N. Brooks. CCA 20160715. In the above reference cases, on consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.